No. 92–1820. GRYNBERG *v.* CITY OF NORTHGLENN, COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 92–1821. KOERNER *v.* INTERNATIONAL COFFEE CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1824. MAPCO PETROLEUM, INC. *v.* MEMPHIS BARGE LINE, INC. Sup. Ct. Tenn. Certiorari denied.

No. 92–1825. PETERSON *v.* RAUSCHER PIERCE REFSNES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1827. BONA *v.* CHAVEZ ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 92–1828. C. J. LANGENFELDER & SON, INC. *v.* DANA MARINE SERVICE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1829. LINDY PEN CO., INC., ET AL. *v.* BIC PEN CORP. C. A. 9th Cir. Certiorari denied.

No. 92–1830. SPICKLER *v.* KEY BANK OF SOUTHERN MAINE ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 92–1833. IN RE LARSEN. Sup. Ct. Pa. Certiorari denied.

No. 92–1834. BRADLEY *v.* OHIO. Ct. App. Ohio, Ross County. Certiorari denied.

No. 92–1835. WOODS *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 92–1836. PREE *v.* BRUNSWICK CORP. C. A. 8th Cir. Certiorari denied.

No. 92–1838. BROWN *v.* BENTSEN, SECRETARY OF THE TREASURY. C. A. 9th Cir. Certiorari denied.